*In re* **DOTSON**, Lewis Stanton (MR 19938)
Mattoon, IL

Order of the Court:

The petition by respondent Lewis Stanton Dotson for leave to file exceptions to the report and recommendation of the Review Board is denied. Respondent is suspended from the practice of law for one year, as recommended by the Review Board. Suspension effective April 8, 2005.

Respondent Lewis Stanton Dotson shall reimburse the Disciplinary Fund for any Client Protection payments arising from his conduct prior to the termination of the period of suspension.